<u>**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**</u>

No. 24-5546

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

FILED
Jun 14, 2024
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| TENNESSEE STATE CONFERENCE OF THE NAACP, on behalf of itself and its members, | ) ) ) | |
| Plaintiff-Appellee, | ) ) ) | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE |
| v. | ) ) | |
| MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee & TRE HARGETT, in his official capacity as Secretary of the State of Tennessee, | ) ) ) ) ) | ORDER |
| Defendants-Appellants. | ) ) | |

Before: BUSH, LARSEN, and MURPHY, Circuit Judges.

Defendants-Appellants filed an emergency motion for a stay pending appeal and for an immediate administrative stay. ECF No. 9. We grant the motion for an immediate administrative stay of the district court's injunction to remain in effect until the resolution of the motion for a stay pending appeal. We set an expedited briefing schedule for the motion for a stay pending appeal as follows: Plaintiff-Appellee shall respond to defendants' motion by 5 p.m. on Thursday, June 20, 2024, and Defendants-Appellants shall file a reply, if any, by 5 p.m. on Friday, June 21, 2024. This order does not relieve the parties of their obligation to comply with the briefing schedule set by the district court regarding the motion for a stay pending appeal under consideration in that

court.

      IT IS SO ORDERED.

                                  ENTERED BY ORDER OF THE COURT

                                  Kelly L. Stephens, Clerk