# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): __24-5546_____

2. Case Caption (Short Title): __TN State Conference of the NAACP, et al v. William Lee, et al___

3. Argument is scheduled for <u>10:00 am ET</u> *(time)* on <u>Tuesday, January 14, 2025</u> *(day, date)* and will be held:

   [ ] Live (In Person)    [✓] by Video    [ ] by Telephone

4. I, __Philip Hammersley_____, will be presenting argument on behalf of:

   [✓] Appellant / Petitioner    [ ] Amicus Curiae    [ ] Other (please specify below):
   [ ] Appellee / Respondent     [ ] Intervenor       _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Appellants Tre Hargett and Mark Goins

6. Minutes reserved for rebuttal (appellant / petitioner only): __3_____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: ____
   B. Total number of minutes (in whole minutes only) to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____
   D. Your assigned minutes (in whole minutes only): _____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

<u>Docketing Instructions</u>:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

---

*Updated 4/3/24*