**Video Argument, 10:00 A.M.**                                             **Tuesday, January 14, 2025**

**Bush, Larsen, Murphy**

**24-5546    TN State Conference of the NAACP, et al. v. William Lee, et al.**

Tennessee State Conference of the NAACP, et al.                    ret    Danielle Marie Lang

    **Plaintiffs - Appellees**

                              **V.**

William Byron Lee

    **Defendant**

Mark Goins, et al.                                                              ret    Philip W. Hammersley
                                                                        *3 Minutes Rebuttal*

    **Defendants - Appellants**

*Robin L. Johnson, Courtroom Deputy*

Defendants appeal a permanent injunction enjoining the State of Tennessee from rejecting certain mail in voter registration forms based solely on an indication that the applicant has a past felony conviction, requiring the applicant to provide additional proof of eligibility to be placed on the voter rolls, and requiring it to provide training to certain election officials as soon as possible.   (15 Minutes Per Side)